1

**ROUTH CRABTREE OLSEN, P.S.**
2    13555 SE 36TH ST., SUITE 300
     BELLEVUE, WA 98006
3    TELEPHONE    (425) 458-2121
     FACSIMILE    (425) 458-2131
4

Honorable Judge Karen A. Overstreet
Chapter 7
Hearing Location: Marysville
Hearing Date: October 13, 2010
Hearing Time: 10:30 am
Response Date: October 6, 2010

5              IN THE UNITED STATES BANKRUPTCY COURT
               WESTERN DISTRICT OF WASHINGTON
6

7    In re:                                    No.:  10-13699-KAO

8    Sharon Fields                             ORDER GRANTING RELIEF FROM STAY
                                               TO U.S. BANK N.A.
9                              Debtor.

10        This matter came before the Court upon U.S. Bank N.A.'s motion for relief from stay.  It

11   appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed

12   of trust that is the subject of U.S. Bank N.A.'s motion and further as to the property located at 5805

13   237th Street SW, Mount Lake Terrace, Washington 98043 ("Property") and legally described as set

14

15   forth in the Deed of Trust attached as an exhibit to the motion.   NOW, THEREFORE, IT IS

16   HEREBY:

17

18        ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to U.S.

19   Bank N.A., its successors and assigns, so that it may pursue its state remedies to enforce its security

20   interest in the Property and/or as to enforcement of the deed of trust that is the subject of U.S. Bank

21   N.A.'s motion.  Creditor, its successors and assigns, may, at its option, offer, provide and enter into

22   any potential forbearance agreement, loan modification, refinance agreement or other loan

23

24   workout/loss mitigation agreement and may contact the Debtor via telephone or written

25

26

Order Granting Relief From Stay
Page - 1

correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

*Karen A. Overstreet*
**United States Bankruptcy Judge**
**(Dated as of Entered on Docket date above)** verstreet

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Mark Moburg WSBA #19463 for
James K. Miersma, WSBA# 22062
Attorneys for Creditor

**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131